**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

THERESA J. TARMOH                    :

    Plaintiff                           :

    v.                                  :            Civil Action No. AW-07-1313

THE UNITED STATES OF AMERICA         :

    Defendant                           :
                                        o0o

## MEMORANDUM

The above-captioned case was filed on May 17, 2007, together with a Motion to Proceed in Forma Pauperis.  Because she appears to be indigent, the motion shall be granted.  For the reasons that follow, the complaint must be dismissed.

Plaintiff claims she was hit on top of her head while working as a Nursing Assistant at an Assisted Living facility in California.  Paper No. 1.  She states that no one claimed responsibility for the object hitting her on the head and shortly thereafter she began smelling gas which had no identifiable source.  *Id*.  She claims she then began noticing cars following her around and people watching her.  *Id*.  She alleges that although she moved from California to Ohio and then to New Jersey, the people who were following her were still there.  *Id*.  Plaintiff states that since moving to Maryland, the alleged surveillance has been expanded to include helicopters leading her to the conclusion that the United States Department of Defense is tormenting her, beginning with the injury to her head and including causing her to smell gas and following her.  *Id*.

The assertions made by Plaintiff are, at a minimum, implausible.  In deed, the nature of the claims raised suggest they are the product of delusional or paranoid thought.  As such, the complaint is subject to dismissal for lack of subject matter jurisdiction.  *See* Fed  R. Civ. P 12 (b)(1);*see also Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States*, 159

F.R.D. 22 (D. Md. 1994); *Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir.

1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative).  A

separate Order follows.


_____/s/_____
Alexander Williams, Jr.
United States District Judge